IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SEANDARIUS SAVAGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17-CV-616-RBD-WC |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On May 1, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. 13.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. 13) is ADOPTED and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 23rd day of June, 2020.



ROY B. DALTON JR.
United States District Judge